IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALVINITO BLUEBIRD**
ADC #147748                                                                                               **PLAINTIFF**

v.                              Case No. 4:21-cv-00603-KGB-JTR

**MICHELLE GRAY, Deputy Warden**
**ADC, Pine Bluff Unit,** *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 14). Plaintiff Alvinito Bluebird has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Mr. Bluebird may proceed with his sexual harassment claim against defendants Deputy Warden Gray, Major Cobbs, Captain Skinner, and Lieutenant Johnson.

2. Mr. Bluebird may proceed with his failure to protect claim against separate defendant Johnson.

3. The Court dismisses without prejudice Mr. Bluebird's equal protection and discrimination claims against defendants Gray, Cobbs, Skinner, and Johnson.

It is so ordered this 8th day of September, 2022.

_____
Kristine G. Baker
United States District Judge