# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALVINITO BLUEBIRD**
**ADC #147748**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:21-cv-00603-KGB-JTR**

**MICHELLE GRAY, Deputy Warden**
**ADC, Pine Bluff Unit,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 49). Plaintiff Alvinito Bluebird has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Defendants' motion for summary judgment is granted based on Mr. Bluebird's failure to exhaust his sexual harassment claim against defendants Deputy Warden Gray, Major Cobbs, Captain Skinner, and Lieutenant Johnson and his failure-to-protect claim against defendant Lieutenant Johnson (Dkt. No. 45).

2. Mr. Bluebird's complaint is dismissed without prejudice (Dkt. No. 2).

It is so ordered this 20th day of September, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge